[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-16401 ; 17-11733

_____

D.C. Docket No. 1:09-md-02089-TCB

MARTIN SIEGEL,
on behalf of himself and all others similarly situated,
STEPHEN POWELL,
on behalf of himself and all others similarly situated,
HENRYK J. JACHIMOWICZ,
on behalf of himself and all others similarly situated,
LAURA GREENBERG GALE,
on behalf of herself and all others similarly situated,
CARLA DAHL,
on behalf of herself and all others similarly situated,
et al.,

Plaintiffs - Appellees,

versus

DELTA AIR LINES, INC.,
AIRTRAN AIRWAYS, INC.,

Defendants - Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(March 9, 2018)

Before WILSON and DUBINA, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After careful review and with the benefit of oral argument, we affirm based on the well-reasoned decision of the district court, dated March 28, 2017.

**AFFIRMED.**

---

* Honorable Richard W. Goldberg, Judge for the United States Court of International Trade, sitting by designation.

2